Frank Michael NEFF, Plaintiff–
Appellant,

v.

Sergeant STEVEN; Chaplain Hancock;
Warden; Sergeant Gates; Sergeant
Haasi; Lieutenant Elliott, Defendants–Appellees,

and

Prison, Defendant.

No. 14–7548.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Frank M. Neff, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON and KING,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Michael Neff appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Neff v. Steven,* No. 1:14–cv–00718–RDB, 2014 WL 5140343 (D.Md. Oct. 10, 2014). We deny Neff's motion in which he requests that the court not dismiss his case, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*